FILED

APR 22 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIE PANDO,<br><br>　　　　Petitioner,<br><br>　v.<br><br>EDMOND G. BROWN,<br><br>　　　　Respondent. | No. C 14-01076 EJD (PR)<br><br>ORDER OF DISMISSAL |

On March 7, 2014, Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On the same day, the Clerk of the Court notified Petitioner that he had failed to pay the filing fee or file a complete In Forma Pauperis Application and that he needed to do so within twenty-eight days or his case would be dismissed. (Docket No. 2.) The deadline has since passed, and Petitioner has failed to respond. Accordingly, this case is **DISMISSED** without prejudice for failure to pay the filing fee.

DATED: 4/21/14

EDWARD J. DAVILA
United States District Judge

Order of Dismissal
P:\PRO-SE\EJD\HC.14\01076Pando_dism-ifp.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LOUIE PANDO,

        Petitioner,

v.

EDMUND G. BROWN,

        Respondent.

Case Number: CV14-01076 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 4/22/14, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Louie Pando C-29932
Salinas Valley State Prison
P. O. Box 689
Soledad, CA 93960

Dated: 4/22/14

Richard W. Wieking, Clerk
By: Elizabeth Garcia, Deputy Clerk